IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMELO IVAN RODRIGUEZ, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID J. GOOD, et al., | : | No. 05-2704 |
| Respondents. | | |

**O R D E R**

**AND NOW**, this 12th day of January, 2007, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for Writ of *Habeas Corpus* is **DENIED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge